# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Chris Donner, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:15-cv-00317-SMY-PMF |
| PMAB, LLC, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff and for his Notice of Settlement, hereby states as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Plaintiff will be filing a Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel and after Plaintiff receives the settlement funds. The Plaintiff expects this to happen by May 29, 2015.

Dated: May 12, 2015

Respectfully submitted,

AEKTRA LEGAL, LLC

*/s/ Thomas R. Applewhite*
Thomas R. Applewhite, #6310947
1108 Olive Street, Suite 200
St. Louis, MO 63101-1949
314-240-5351
888-785-4461 (Fax)
tom.applewhite@da-lawfirm.com

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2015, the foregoing was filed utilizing this Court's ECF system, which will distribute an electronic version of the foregoing to all counsel and parties of record. Furthermore, an electronic copy was sent to Steven Allen Bimbo, counsel for Defendant, at sbimbo@slk-law.com.

                                               */s/ Thomas R. Applewhite*