IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS DONNER,<br><br>       Plaintiff,<br><br>vs.<br><br>PMAB, LLC,<br><br>       Defendant. | Case No. 15-cv-0317-SMY-PMF |

## ORDER

The Court having been advised by Notice of Settlement (Doc. 4) that the parties have reached a settlement but that additional time is needed to execute the documents, the Clerk of Court is DIRECTED to enter judgment dismissing this action with prejudice and without costs 60 days from the date of this Order.  Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

**IT IS SO ORDERED**.

**DATED:  May 13, 2015**

                                              **/s/  Staci M. Yandle**
                                              **STACI M. YANDLE**
                                              **DISTRICT JUDGE**